UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

PATRICK PENN and ALICE PENN, )
)
    Plaintiffs, )
)
v. ) No.: 3:22-CV-264-KAC-DCP
)
WILDERNESS DEVELOPMENT )
CORPORATION d/b/a SOAKY )
MOUNTAIN WATERPARK, )
)
    Defendant. )

## JUDGMENT

In the Court's "Memorandum Opinion and Order Granting Defendant's Motion for Summary Judgment," the Court **DISMISSED** this action with prejudice. Accordingly, the Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT